## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| TERRASMART, INC. f/k/a RBI SOLAR, INC., | : : : | Case No. 1:24-cv-00198-JPH |
| Plaintiff, | : : | District Judge Jeffery P. Hopkins |
| v. | : : : | Magistrate Judge Stephanie K. Bowman |
| ARCH INSURANCE COMPANY, | : : : | |
| Defendant. | : | |

**JOINT MOTION AND REQUEST FOR ORAL ARGUMENT ON PARTIES' CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT ON CHOICE OF LAW (DOCS. 13 AND 14)**

The Parties, Plaintiff Terrasmart, Inc. f/k/a RBI Solar, Inc. ("Terrasmart"), and Defendant Arch Insurance Company ("Arch"), respectfully move the Court for and jointly request oral argument before the Court on their Cross-Motions for Partial Summary Judgment on Choice of Law (Doc. 13, Plaintiff's Cross-Motion for Part. Summ. J.; Doc. 14, Defendant's Cross-Motion for Part. Summ. J.) (the "Motions").

This is an insurance coverage dispute between Terrasmart and its primary commercial general liability insurer Arch. By agreement of the Parties, and following discussions with the Court, on July 1, 2025, the Parties filed their early Cross-Motions on the limited issue of what state's law applies to interpretation of insurance policies issued by Arch to Terrasmart. These Motions both raise and turn on numerous, complex factual and legal arguments. Due to the large volume of information and exhibits included with the six (6) briefs (Docs. 13, 14, 16, 17, 18, 18), filed in connection with the Motions, counsel for both Parties anticipate that the

Court may have questions for the Parties regarding those arguments and related issues, and an oral argument would be an efficient way to address those questions.

The Parties further believe that oral argument will be helpful to the Court, as it may present the Parties and the Court with the best opportunity to distill the Parties' arguments as they relate to the Restatement (Second) Conflicts of Laws' "most significant relationship" test. The Parties respectfully submit that an oral argument will assist the Court in understanding the parties' competing views on the application of the "most significant relationship" factors to this dispute.

WHEREFORE, the Parties respectfully request that the Court issue an Order setting oral argument on the Parties' Cross-Motions for Partial Summary Judgment on Choice of Law.

Dated:   /s/ J. Brady Hagan
J. Brady Hagan     (0102834)
**GORDON REES SCULLY MANSUKHANI, LLP**
41 South High Street, Suite 2495
Columbus, Ohio 43215
T: (614) 340-5558
F: (614) 360-2130
bhagan@grsm.com

William D. Deveau  (pro hac vice)
**CONNELL FOLEY LLP**
Harborside 5
185 Hudson St., Ste. 2510
Jersey City, New Jersey 07311
T: (201) 521-1000
F: (201) 521-0100
WDeveau@connellfoley.com
*Counsel for Defendant Arch Insurance Co.*

/s/*Emily E. Garrison*
Emily E. Garrison (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS, LLP**
110 North Wacker Drive
Suite 2800
Chicago, Illinois 60606-1734
T: (312) 324-1753
emily.garrison@morganlewis.com


William G. Geisen        (0083049)
Robin D. Miller          (0074375)
**STITES & HARBISON PLLC**
100 E. Rivercenter Blvd., Ste. 450
Covington, KY 41011
T: (859) 652-7601
wgeisen@stites.com
rmiller@stites.com
*Counsel for Plaintiff Terrasmart, Inc.*
*f/k/a RBI Solar, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the U.S. District Court in the Southern District of Ohio on October 9, 2025 and served upon all counsel who have appeared in this matter and registered with ECF via the Court's electronic filing system. A copy has also been served via electronic mail upon the following:

Emily E. Garrison (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS, LLP**
110 North Wacker Drive
Suite 2800
Chicago, Illinois 60606-1734
T: (312) 324-1753
emily.garrison@morganlewis.com

William G. Geisen         (0083049)
Robin D. Miller            (0074375)
**STITES & HARBISON PLLC**
100 E. Rivercenter Blvd., Ste. 450
Covington, KY 41011
(859) 652-7601
wgeisen@stites.com
rmiller@stites.com
*Counsel for Plaintiff Terrasmart, Inc.*
*f/k/a RBI Solar, Inc.*

                                                 */s/ J. Brady Hagan*
                                                 J. Brady Hagan (0102834)